

FILED

SEP 1 5 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT

For the Eastern District of Texas, Sherman Division

Dagim Melka,
Plaintiff,
V.
Officer Jessie Katoulous,
Officer Jason Smith,
Unknown Partner of Officer Smith,
Corinne Mason,
Brandy Douglas,
Gabriel Ogueri,
Latreese Ellis
Joyce Vandertuin
Stacey Kemp
Defendants.

References: [1983 Case number ~ REDACTED- 3:2024cv00215] (WPD Cause Number - 001-82002-2022)

Case No.: 4:25cv01013-SDJ/BD
COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C § 1983

—

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § § 1331 and 1343.
2. Venue is proper under 28 U.S.C § 1391(b), as the events occurred in Collin County, Texas.

—

## II. PARTIES

• Plaintiff: Dagim Melka, a resident of Dallas, Texas.
• Defendants:
• Officer Jessie Katoulous, sued in her individual capacity.
• Officer Jason Smith, sued in his individual capacity.
• Unknown Partner of Officer Smith, sued in their individual capacity.
• Judge Corinne Mason, Brandy Douglas, and Gabriel Ogueri are named for context but may be immune under judicial and quasi-judicial immunity doctrines.
• Latreese Ellis, Joyce Vandertuin
Stacey Kemp, sued in their individual capacity.

—

## III. FACTUAL ALLEGATIONS

1. On July 31st, Officer Katoulous assaulted Plaintiff, stepped on his phone to destroy evidence, unplugged her body camera, and held a knife to his chest while threatening him and intimidating him to "comply", forcing consent or otherwise.
2. On December 24th 2021, Officer Smith and his partner unlawfully stopped behind the Plaintiff at an intersection and conducted an unlawful investigation under false claims of "speeding", threatened the plaintiff and continued to make unlawful orders threats and demands, refused to call a supervisor, smashed his window, unlawfully arrested him, and seized his firearm and other property.
3. Plaintiff was subjected to repeated unlawful imprisonment, property damage, and harassment (ongoing) and Defendants continue to harass and threaten the Plaintiff with unlawful demands.
4. Plaintiff suffered emotional distress, mental health deterioration, and privacy violations as a result of these actions.

—

## IV. CLAIMS FOR RELIEF

Count I - Fourth Amendment Violation (Unlawful Search and Seizure)
8. Defendants committed fraud causing defamation, stemming from incidents in which they left the Plaintiff in a State where his only option is to not die, under threat Katoulous and Smith violated Plaintiffs Fourth Amendment rights by conducting unlawful searches, seizures, and arrests without probable cause.

Count II - Second Amendment Violation (Unlawful Firearm Seizure)
9. Defendants unlawfully confiscated Plaintiffs lawfully owned firearm without due process, conspired, even forged documents, and further defrauded the plaintiff.

Count III - Unlawful Imprisonment and Excessive Force
10. Plaintiff was detained or arrested without legal justification and subjected to physical assault and threats, arrests were orchestrated to make Plaintiff miss Court/failure to appear.

Count IV - Property Damage and Destruction of Evidence
11. Defendants intentionally destroyed Plaintiff's phone, evidence, and other personal property.

Count V - Sexual Harassment and Threats of Violence
12. Officer Katoulous engaged in threatening and sexually harassing behavior, including holding a knife to Plaintiff's chest and sexual harassment/misconduct, Similarly Jason Smith and his female partner ordered the Plaintiff to strip nude after Plaintiff requested a supervisor and did

not consent to any searches, threatening the Plaintiff saying he would be charged with interfering if he did not strip naked in front of the two, and engaged in sexual assault and physical assault on the Plaintiff while he was unlawfully detained or arrested.

Count VI - Defamation and Fraud
13. The Wylie Police Department continues to conspire, harass, threaten, and attempt to defraud the Plaintiff contracting with local businesses & towing companies such as "Kool Kar Sales" "EULESS B&B Wrecker Service" to take the Plaintiffs motor vehicle, money, property, or rights.

—

V. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

• Award compensatory and punitive damages;
• Order injunctive relief to prevent further harassment or retaliation;
• Declare that Defendants' actions violated Plaintiff's constitutional rights;
• Award costs and any other relief the Court deems just and proper.

—

VI. RELIEF REQUESTED/DAMAGES

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

Compensatory Damages in the amount of $350,000 for the following harms caused by Defendants:

The unlawful seizure and/or sale of Plaintiff's personal firearm, in violation of the Second and Fourth Amendments;

Emotional distress, anxiety, and post-traumatic stress disorder (PTSD) resulting from Defendants' unconstitutional actions;

Loss of wages and income caused by the disruption and emotional impact stemming from Defendants' conduct;

Reputational harm suffered due to the public nature of the misconduct and unlawful acts;

Loss of use and replacement cost of the firearm;

Violation of Plaintiff's clearly established constitutional rights under color of state and federal law.

Punitive Damages in the amount of $500,000 against each Defendant sued in their individual capacity, due to:

Willful, malicious, or reckless disregard of Plaintiff's constitutional rights;
The abuse of official power under color of law, in violation of clearly established legal standards;
The need to deter similar conduct by state and federal law enforcement officers in the future.

Injunctive and Declaratory Relief, including:

A declaration that the actions of Defendants violated Plaintiff's Second and Fourth Amendment rights;

An order preventing similar future conduct by the involved state and federal departments or agencies.

Attorney's Fees and Costs pursuant to 42 U.S.C. § 1988, as to the § 1983 claims only, if counsel is retained.

Any other relief the Court deems just and proper.

Respectfully submitted,
X_____
Dagim Melka
9221, Amberton Pkwy, Dallas TX, 75243
945-400-2961
09/05/2025