THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DAGIM MELKA                          §
                                     §
v.                                   §        CIVIL NO. 4:25-CV-01013-SDJ-BD
                                     §
OFFICER JESSIE KATOULOUS,            §
ET AL.                               §

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 16, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #6), that Plaintiff's claims against Defendants Corinne Mason, Brandy Douglas, Gabriel Ogueri, Latreese Ellis, Joyce Vandertuin, Stacey Kemp, and the unnamed partner of Jason Smith be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against Mason, Douglas, Ogueri, Ellis, Vandertuin, Kemp, and the unnamed partner of Smith are **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an amended complaint within fourteen days of the docketing of this order.

1

**So ORDERED and SIGNED this 17th day of May, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE